# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:17-cv-02080-CCC-JBC |
| | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| MERCK & CO. INC. | § § § | |
| Defendant. | § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41 (a), Plaintiff Symbology Innovations LLC ("SI"), moves to dismiss all claims against Defendant Merck & Co., Inc. WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: June 20, 2017

By: */s/Jean-Marc Zimmerman*
Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, New Jersey 07090
Tel: (908) 768-6408
jmz@zimllp.com

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
PRO HAC VICE ATTORNEY

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com
PRO HAC VICE ATTORNEY

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on June 20, 2017, to all counsel of records who deemed to have consented to electronic service via the Court's CM/EFF system per Local Rule LR 5.5(b).

*/s/Jean-Marc Zimmerman*
Jean-Marc Zimmerman